IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Mondane, Eirleen

Printed: 12/02/08

Case Number: 08 B 19886
Judge: Wedoff, Eugene R
Filed: 7/31/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: October 16, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 720.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 672.48 |
| Trustee Fee: |  | 47.52 |
| Other Funds: |  | 0.00 |
| Totals: | 720.00 | 720.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,474.00 | 672.48 |
| 2. | US Bank | Secured | 0.00 | 0.00 |
| 3. | Cook County Treasurer | Secured | 0.00 | 0.00 |
| 4. | Asset Acceptance | Unsecured | 8,257.15 | 0.00 |
| 5. | HSBC | Unsecured | 1,324.84 | 0.00 |
| 6. | Asset Acceptance | Unsecured | 679.78 | 0.00 |
| 7. | PRA Receivables Management | Unsecured | 1,189.13 | 0.00 |
| 8. | Resurgent Capital Services | Unsecured | 23,011.32 | 0.00 |
| 9. | Midland Credit Management | Unsecured | 4,555.55 | 0.00 |
| 10. | Resurgent Capital Services | Unsecured | 4,692.26 | 0.00 |
| 11. | Cissna Park State Bank | Secured |  | No Claim Filed |
| 12. | Wells Fargo Fin Acceptance | Secured |  | No Claim Filed |
| 13. | Creditors Collection Bur | Unsecured |  | No Claim Filed |
| 14. | Credit Protection Association | Unsecured |  | No Claim Filed |
| 15. | Dependon Collections Service | Unsecured |  | No Claim Filed |
| 16. | Target National Bank | Unsecured |  | No Claim Filed |
| 17. | Mutual Hospital Services/Alverno | Unsecured |  | No Claim Filed |
| 18. | Mutual Hospital Services/Alverno | Unsecured |  | No Claim Filed |
| 19. | Target | Unsecured |  | No Claim Filed |
| 20. | Target National Bank | Unsecured |  | No Claim Filed |
| 21. | Mutual Hospital Services/Alverno | Unsecured |  | No Claim Filed |
|  |  |  | $ 47,184.03 | $ 672.48 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Mondane, Eirleen

Printed: 12/02/08

Case Number: 08 B 19886
Judge: Wedoff, Eugene R
Filed: 7/31/08

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.6% | 47.52 |
| | $ 47.52 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

